IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LISA LEIGH STONER, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) Case No. 3:13-cv-00062 |
| REGIONS SEVERANCE PLAN, BENEFITS MANAGEMENT COMMITTEE AND REGIONS FINANCIAL COPORATION | ) ) Judge Haynes ) ) ) |
|     Defendant. | ) |

## ORDER GRANTING JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Pending before the Court is a Joint Motion to Continue Initial Case Management Conference.

The Motion is GRANTED. The Initial Case Management Conference is hereby continued and rescheduled for **Monday, March 25, 2013 at** 2:00 **PM** before Judge William J. Haynes, Jr..

It is so Ordered, this ___14th___ day of March, 2013.

_____
Magistrate Judge John S. Bryant