IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LISA LEIGH STONER,<br><br>   Plaintiff,<br><br>   v.<br><br>REGIONS SEVERANCE PLAN,<br>BENEFITS MANAGEMENT<br>COMMITTEE AND REGIONS<br>FINANCIAL COPORATION<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 3:13-cv-00062<br>)<br>) Judge Haynes<br>)<br>)<br>)<br>) |

## ORDER GRANTING JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Pending before the Court is a Joint Motion to Continue Initial Case Management Conference.

The Motion is GRANTED. The Initial Case Management Conference is hereby continued and rescheduled for **Monday, March 25, 2013 at** 2:00 **PM** before Judge William J. Haynes, Jr..

It is so Ordered, this _14th_ day of March, 2013.

                                              Magistrate Judge John S. Bryant